**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GENZYME CORPORATION and | ) | |
| SANOFI-AVENTIS U.S. LLC, | ) | |
| Plaintiffs/Counterclaim-Defendants, | ) | |
| v. | ) | C.A. No. 13-1506-GMS |
| DR. REDDY'S LABORATORIES, LTD. and | ) | |
| DR. REDDY'S LABORATORIES, INC., | ) | |
| Defendants/Counterclaim-Plaintiffs, | ) | Consolidated with: |
| v. | ) | C.A. No. 13-1507-GMS |
| SANDOZ INC. | ) | C.A. No. 13-1508-GMS |
| Defendant/Counterclaim-Plaintiff, | ) | |
| v. | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| Defendant. | ) | |

**EXPERT DECLARATION OF DR. JOSEPH G. SODROSKI IN SUPPORT OF DEFENDANTS' PROPOSED CLAIM CONSTRUCTION FOR U.S. PATENT NO. RE42,152**

I, Dr. Joseph G. Sodroski declare, depose and state the following:

1. I am a medical doctor having over 30 years of experience in the field of human immunodeficiency virus (HIV) and acquired immunodeficiency syndrome (AIDS). I have studied HIV in many different contexts: *in vitro*, in tissue culture, in non-human primates, and in HIV-infected humans. Throughout my career, the focus of my research has been on the molecular basis for the replication and pathogenesis of HIV-1. I have been particularly interested in the mechanism whereby HIV enters target cells. Variations in the virus entry process among HIV strains influence tropism and disease induction.

2. I am over 18 years of age and would otherwise be competent to testify to the matters declared herein if I am called upon to do so.

3. I have been retained by Goodwin Procter LLP on behalf of Defendant Teva Pharmaceuticals USA, Inc. ("Teva") as a technical expert witness with respect to the proceedings currently before the Court in the above-captioned matter.

4. For the purposes of this declaration, I have been asked to provide an expert technical analysis as to certain issues regarding HIV tropism, which I have been informed is related to the proper interpretation of a term in the claims of U.S. Patent No. RE42,152 ("the '152 patent").

5. Specifically, I have been asked to address the following issues:

a. What a person of skill in the field would understand regarding the data contained in the '152 patent;

b. Specifically, what was known in the relevant time period regarding HIV tropism, and particularly M-tropic and T-tropic subtypes of HIV; and

c. Tropism's role in HIV drug development.

6. I am informed and understand that the relevant time period for addressing these issues is on or before December 16, 1992.

7. I am also informed and understand that the relevant perspective to address these issues is from a sophisticated medicinal chemist having a Ph.D. degree and 3-5 years of research experience. The person is expected to be working in concert with Ph.D. formulation scientists and biologists, or M.D.s with 3-5 years of research experience in HIV.

## I. Background and Experience

8. I have a Bachelor's Degree in Biology from DeSales University. I also obtained my M.D. in Medicine from Jefferson Medical College. My postdoctoral training included a medical internship at New England Deaconess Hospital in Boston, MA, and a research fellowship at the Dana-Farber Cancer Institute, Harvard Medical School and the Harvard School of Public Health in Boston, MA.

9. Since 1997, I have been a Professor of Microbiology and Immunobiology at Harvard Medical School and a Professor of Immunology and Infectious Diseases at the Harvard

School of Public Health. I have held various leadership positions on committees and organizations related to AIDS research, including being the Director of the Center for AIDS Research at Dana-Farber Cancer Institute, Associate Director of the Center for AIDS Research at Harvard Medical School, Chairperson for the Scientific Advisory Board of the Aaron Diamond AIDS Research Center for the City of New York, and Chairperson for the Basic Science Track Committee of the International Conference on AIDS and III STD World Congress.

10. I am or have been a reviewer or editor of various scientific publications, including manuscripts submitted to Science, Nature, Cell, Proceedings of the National Academy of Sciences, AIDS, Journal of the Acquired Immune Deficiency Syndromes, Virology, Journal of Virology, and Current HIV Research.

11. I have authored or co-authored approximately 385 publications in peer-reviewed journals, almost exclusively in the area of HIV and other human retroviruses, and I am a named inventor on over 25 patents.

12. I have received various honors and prizes throughout my career, including the Scholar Award from Leukemia Society of America, the Howard Temin Award for Basic Science, the Retrovirology Prize, and being named a Fellow for the American Association for the Advancement of Science.

13. I currently supervise a lab of 14 employees where our research focuses on early events in HIV-1 infection and approaches to block these events.

## II. Human Immunodeficiency Virus

14. HIV is a retrovirus and the causative agent of AIDS. The HIV virus works by binding to cells, allowing it to enter the cell. Then HIV uses the cells' own machinery to replicate many copies of HIV and eventually causes the cell to lyse, spreading more HIV virus to repeat this cycle. Because HIV infects and ultimately kills cells that are crucial in the immune

response (such as certain white blood cells), patients with AIDS are susceptible to infections that can be life-threatening.

15. There are two primary types of HIV: HIV-1 and HIV-2. HIV-1 is pandemic worldwide whereas HIV-2 is primarily limited to West Africa. *See* Horsburgh (1988)[1] at 193 ("[T]o date, HIV-2 is endemic only in West Africa, whereas HIV-1 is prevalent in Central and Eastern Africa, Europe, and the Americas."). HIV-1 is more virulent (more readily transmitted and causes a more rapid progression to AIDS) than HIV- 2, and most research has focused on HIV-1. *See* Cock (1989)[2]; Pepin (1989).[3] Unless otherwise indicated, the term "HIV" in this declaration refers to HIV-1.

16. By December 16, 1992, it was known that within the primary types of HIV – HIV-1 and HIV-2 – there were different strains of HIV that could infect, and therefore kill, different types of cells. *See* Cann (1990)[4] at 4735 ("Although all HIV-1 strains infect primary T lymphocytes, virus isolates with differing tropism for macrophages . . . and immortalized T-cell lines . . . have been identified."); Cheng-Mayer (1990)[5] at 4391 ("[S]train HIV-$1_{SF2}$ infected T-cell lines . . . whereas strain HIV-$1_{SF162}$ did not replicate well in T cell lines, but did replicate in peripheral blood macrophages.").

17. The two main classes of HIV virus were designated "T-tropic" and "M-tropic" strains, although T-tropic strains were sometimes referred to as "T-cell tropic" or "T-lymphotropic" and M-tropic strains were sometimes referred to as "macrophage tropic,"

---

[1] Horsburgh et al., *Transfusion* 1988, 28(2):192, attached hereto as Exhibit A.
[2] Cock et al., *AIDS* 1989, 3 (Suppl. 1), S89-95, attached hereto as Exhibit B.
[3] Pepin et al., *AIDS* 1991, 5(10): 1165-1172, attached hereto as Exhibit C.
[4] Cann et al., *J. Virol.* 1990, 64(10):4735-4742, attached hereto as Exhibit D.
[5] Cheng-Mayer et al., *J. Virol*. 1990, 64(9):4390, attached hereto as Exhibit E.

"monocytotropic," or "monocyte tropic."[6] *See* Gartenhaus (1991)[7] at 681; Sakaguchi (1991)[8] at 484.

18. It was believed that cell tropism might be due to differences in the way the virus binds or enters the target cell. *See* Cann (1990) at 4741; Fenyo (1989)[9] at S10; Hwang (1991)[10] at 71 ("The tropism of HIV-1 is determined early in the viral replication cycle, between binding of the virus to the cell surface and initiation of viral reverse transcription."); Shioda (1991)[11] at 169; Schuitemaker (1991)[12] at 361 ("Preliminary studies with monocytotropic and non-monocytotropic molecular clones generated in our laboratory indicate that monocytotropism is determined at the level of entry.").

19. Therefore, understanding tropism was important to developing new therapies to treat and prevent HIV infection. *See* Shioda (1991) at 169 ("The findings [regarding the entry process being responsible for determining tropism] could also be helpful for developing new therapeutic strategies.").

## III. Tropism And HIV Drug Development

20. The table below summarizes what a person of skill would know regarding the two main subtypes of HIV strains, designated T-tropic and M-tropic.

---

[6] Because M-tropic viruses could infect T-lymphocytes (but not T-cell lines), they were also sometimes referred to as "MT-tropic" or "macrophage-T cell-tropic." *See* Hwang (1991), *infra* note 10, at 71.

[7] Gartenhaus et al., *AIDS Res. & Human Viruses* 1991, 7(8):681-688 ("Gartenhaus (1991)") , attached hereto as Exhibit F.

[8] Sakaguchi et al., *Blood* 1991, 77(3):481-485, attached hereto as Exhibit G.

[9] Fenyo et al., AIDS 1989, 3 (suppl 1):S5-S12, attached hereto as Exhibit H.

[10] Hwang et al., *Science* 1991, 253:71-74 ("Hwang (1991)") , attached hereto as Exhibit I.

[11] Shioda et al., *Nature* 1991, 349:167-169 ("Shioda (1991)") , attached hereto as Exhibit J.

[12] Schuitemaker et al., *J. Virol*. 1991, 65(1):356-363 ("Schuitemaker (1991)") , attached hereto as Exhibit K.

| | **M-tropic Strains** | **T-tropic Strains** |
|---|---|---|
| **Infects macrophages/monocytes** | Yes[13] | No |
| **Infects T-cell lines** | No | Yes[14] |
| **Forms clusters of cells (“syncytia”) upon infection** | No[15] | Yes[16] |
| **Fast replicating or slow replicating** | Slow[17] | Fast[18] |
| **Typical Strain** | HIV-$1_{BaL}$ (“BaL”)[19] | HIV-$1_{IIIB}$ (“IIIB”)[20] |

---

[13]Perno et al., *J. Exp. Med.* 1988, 168:1111-1125, at 1112 (“Perno (1988)”) , attached hereto as Exhibit L (referring to Ba-L as a “monocytotropic strain” that “replicates efficiently in monocytes.”); Schuitemaker (1991) at 358.

[14]*See* Gartenhaus (1991) at 681; Perno (1988) at 1112 (HIV strain IIIB “efficiently replicates in cultured T-cells”).

[15] Schuitemaker (1991) (“We conclude that monocytotropic HIV-1 variants mostly have a [non-syncytium inducing] phenotype.”); L’age-Stehr et al., *J. Virol.* 1990, 64(8):3982-3987 at 3982 (“L’age-Stehr (1990)”), attached hereto as Exhibit M.

[16] Fenyo (1989) at S9; Baba et al., *J. AIDS* 1990, 3:493-499 at 495 (“Baba (1990)”), attached hereto as Exhibit N. With T-tropic virus strains, even if an infected cell is not killed by HIV infection, the incorporation of cells into syncytia leads to the depletion of cells involved in the immune response. *See* Baba (1990) at 496-497 (“It has been postulated that one HIV-1 infected cell could destroy more than 500 uninfected $CD4^+$ cells.”).

[17]While M-tropic strains of HIV were considered to be slow at replicating, it was believed that they were a major source for HIV reservoirs in the body, and therefore an important “target for new therapeutic strategies.” Schuitemaker et al., *J. Virol*. 1992, 66(3):1354-1360 at 1359, attached hereto as Exhibit O; *see also* L’age-Stehr (1990) at 3982; Schuitemaker (1991) at 361.

[18]As “high replicating” strains, patients infected with T-tropic strains of HIV generally exhibited more rapid CD4 T-cell depletion and the onset of AIDS. *See* Tersmette et al., *J. Virol*. 1989, 633(5):2118-2125 (“Tersmette (1989)”), attached hereto as Exhibit P; Schuitemaker (1991).

[19] Gartenhaus (1991) at 681; Perno (1988) at 1112; Schuitemaker (1991) at 358 (“The prototype monocytotropic variant HTLV-III Ba-L.”).

[20] As explained by Gartenhaus (1991), “[i]solates which are expressed at high levels in T cells or in macrophages are commonly referred to as T-cell tropic or macrophage tropic, respectively. This differential expression is exemplified by HIV-1-IIIB which replicates well in immortalized T-cell lines and primary human T cells and poorly in macrophages.” *Id.* at 681; *see also* Baldwin et al., *Proc. Nat’l Acad. Sci*. 1990, 87:3933-3937 at 3934, attached hereto as Exhibit Q

21. As can be seen by this table, it was known that there were various differences between M-tropic and T-tropic subtypes of HIV.

22. In addition to these differences, it was understood that HIV tropism correlated with the disease state of infected individuals. *See* Cheng-Mayer(1988)[21] at 80 ("[T]he development of disease was found to be correlated with the emergence of HIV-1 variants that were more cytopathic in vitro as the disease progressed and that replicated more efficiently in a wide variety of different human cells."). For example, individuals with more advanced stages of HIV-1 infection, including those with AIDS, tended to have T-tropic strains of HIV; by contrast, those that were in earlier stages of HIV infection tended to have M-tropic strains of the virus. *See* Fenyo (1989) at S5; Schwartz (1989)[22] at 7203 ("The question of whether cells of the mononuclear phagocyte lineage may be the first cells in the body to be infected with HIV-1 has also been raised. Our results support the hypothesis that monocyte/macrophages may be an important reservoir for HIV-1 in the body").

23. For example, in Fenyo (1989), the authors observed that "[p]atients from whom syncytia-inducing viruses [*i.e.* T-tropic] have been isolated appear to have the poorest prognosis, with a sharp decrease in CD4 cell count and an increase in opportunistic infections. Conversely, patients yielding low replicative/non-syncytia-inducing HIV-1 [*i.e*. M-tropic] do better clinically and show a slight decrease in CD4 counts over a long period of time." *Id.* at S7; *see also id.* at S10 ("Virus from asymptomatic HIV carriers or individuals with mild disease replicates slowly and inefficiently in the patients' peripheral blood mononuclear cell cultures . . . . In contrast,

---

("Control monocytes were either mock infected or infected with HTLV-IIIB, which does not productively infect freshly isolated monocytes in vitro.").

[21] Cheng-Mayer et al., *Science* 1988, 240:80-82, attached hereto as Exhibit R.

[22] Schwartz et al., *Proc. Nat'l Acad. Sci.* 1989, 86:7200-7203, attached hereto as Exhibit S.

viruses from patients with severe immunodeficiency replicate rapidly and efficiently in peripheral blood mononuclear cell cultures as well as cell lines."); Schuitemaker (1991) at 356 ("[I]n stable asymptomatic individuals, we detected only isolates with low replication rates that were non-syncytium-inducing (NSI) . . . . These results suggest an important role for monocytotropic variants in the persistence of HIV-1 infection.").

24. Importantly, it was also understood that the tropism of an individual's HIV infection could change over the course of the disease and HIV strains could mutate from M-tropic to T-tropic. *See* Tersmette (1989) at 2123 ("[A] switch from high-replicating NSI isolates to SI isolates with still higher replication rates was observed 9 to 15 months before onset of disease."); Fenyo (1989) at S7 ("[A] change from slow/low [NSI] to rapid/high [SI] occurs in the same individual over time. In 10 individuals altogether, disease progression correlated with the emergence of HIV-1 variants that showed higher capacity to form syncytia."). Because of the important role that HIV tropism played in the progression of the disease, much research was devoted to understanding HIV tropism. *See* Cann (1990) at 4735 ("Thus, it is of critical importance to determine the mechanisms that control HIV-1 cell tropism.").

25. It was also understood that because of the differences between these classes of HIV strains, drugs that inhibit infection of one strain of HIV may not necessarily inhibit infection of another strain of HIV. For example, in Perno (1988), the researchers tested ddN for activity against an M-tropic strain of HIV in macrophages and monocytes and a T-tropic strain of HIV in T cells. The author warned that "[i]t is worth stressing, however, that one must be cautious in comparing the activity of drugs in the T cell and M/M [*i.e.* macrophage/monocyte] assay systems used in this work, because different strains of HIV were, of necessity, used in the two cell types." *Id.* at 1114. In discussing the differences between the authors' findings in Perno and prior

research showing that similar drugs failed to inhibit HIV infection in monocytes, the authors state that in the prior research, the LAV-1 strain of HIV was used, which is T-tropic, whereas in the Perno paper they used a monocytotropic strain of the virus. *See id.* at 1120-1121.

26. Similarly, in Coates (1992),[23] the authors examined the anti-HIV activity of an antiviral drug, 3TC, in various cell systems using different HIV strains. The results showed that 3TC was three times more potent than AZT against HIV-1 strain IIIB, but 20 times less potent than AZT against HIV-2 strain ROD. 3TC was similar in potency to another anti-HIV drug, ddC, in strain RF, but thirty-five times less potent than ddC in strain GB8. *Id.* at 735-736. Thus, researchers recognized that because a drug works against one HIV strain does not guarantee that it will work against other HIV strains.

27. Because of the viruses' ability to change from one tropism to another, and tropism's role in disease progression, it was understood in the field that a drug with activity against HIV in both M-tropic and T-tropic strains of HIV was preferable to one with activity against a single class. *See* Popovic (1987)[24] at 916 (stating that it was "essential" to understand tropism of HIV so that drugs can be developed that would have activity against more than a single strain/class of HIV, and therefore activity in more cell types); Perno (1992)[25] at 290 ("[P]romising anti-HIV compounds should be evaluated both in T-cells and in M/M before reaching clinical trials. This may help in selecting drugs with good chances of being effective in patients with HIV-related disease.").

---

[23] Coates et al., *Antimicrob. Agents Chemother*. 1992, 36(4):733-739, attached hereto as Exhibit T.
[24] Popovic, *Lancet* 1987, 916, attached hereto as Exhibit U.
[25] Perno et al., *Antiviral Research* 1992, 17:289-304, attached hereto as Exhibit V.

28. For example, in De Clercq (1992),[26] the authors reported that a bicyclam had shown anti-HIV activity against various strains of HIV-1 and HIV-2, including strains IIIB, RF, HE, and ROD (a strain of HIV-2). The authors conclude that because the compounds demonstrated activity against several strains, and therefore in several cell types, the compounds were "attractive candidate drugs for the chemotherapy and prophylaxis of HIV infections." *Id.* at 5289.[27]

29. As another example of HIV-1 classes influencing virus sensitivity to an inhibitor, Daar (1990)[28] and Gomatos (1990)[29] showed that primary M-tropic HIV-1 strains were dramatically more resistant to soluble CD4 (a protein that was investigated as an anti-HIV agent) than T cell line-tropic HIV-1 strains.

## IV. Tropism and the '152 Patent

30. The '152 patent includes tests of the anti-HIV activity of various compounds against different strains of HIV in different cell types. Table 1 has results from testing the anti-HIV activity of twenty-one compounds when HIV-1 strain IIIB (T-tropic) and HIV-2 strain LAV-2 ROD (dual-tropic[30]) were exposed to MT-4 cells. '152 patent at 14:36-15:32. This experiment also used the known anti-HIV drug AZT as a comparator. The '152 patent concludes that the compounds are "highly active" against these strains of HIV-1 and HIV-2. *Id.* at 15:34-

---

[26] De Clercq et al., *Proc. Nat'l Acad. Sci.* 1992, 89:5286-5290, attached hereto as Exhibit W.

[27] It should be noted that, in Table 2 in De Clercq (1992), some primary clinical isolates A012 and A018 are much less sensitive than the T-tropic HIV-1 strains to some of the tested compounds. These results hint that some strains/classes of HIV-1 might be less sensitive to these compounds.

[28] Daar et al., *Proc. Nat'l Acad. Sciences USA* 1990, 87:6574-6578, attached hereto as Exhibit X.

[29] Gomatos et al., *J. Immunol.* 1990, 144:4183-4188, attached hereto as Exhibit Y.

[30] It was known that there were some strains of HIV that could infect both T cell lines and macrophages. These were referred to as dual-tropic viruses.

36. As can be seen from the table, and was well known at the time,[28] AZT did not have activity against HIV-2, so these compounds were advantageous over AZT in at least that manner. The ’152 patent then reports testing of compound B against T-tropic HIV laboratory strains (IIIb, NDK,[31] RF,[32] and HE[33]) in MT-4 cells. Again, the ’152 patent concludes (although there are no data displayed) that compound B’s “high activity” against these various strains shows its activity is “remarkably strain independent.” *Id.* at 15:37-43.

31. The ’152 patent describes an additional test to show that compound B inhibited HIV in primary T4 cells that were exposed to the T-tropic HIV-1 strain IIIb and primary monocytes that were exposed to the M-tropic HIV-1 strain BaL. *Id.* at 15:44-16:12-47. Table 2 shows the results of this testing and concludes that compound B is “a potent inhibitor of HIV-1 replication in both primary cell types.” *Id.* at 16:30-31.

32. The ’152 patent states that compound B was a strong inhibitor of the replication of geographically diverse, low-passage primary clinical HIV-1 strains in primary T cells *Id.* at 16:48-52. However, no data were provided to support this claim.

33. A person in the field would understand that the ’152 patent purports to demonstrate that the compounds have activity against HIV regardless of class (and therefore

---

[31] Ellrodt et al., *Lancet* 1984, 1383-1385, attached hereto as Exhibit Z.

[32] Starcich et al., *Cell* 1986, 45:637-648, attached hereto as Exhibit AA. However, at least one laboratory had shown RF to have dual-tropic characteristics. *See* Gartner, Mechanisms and Specificity of HIV Entry Into Host Cells, in Virus-Host Cell Interactions in Human Immunodeficiency Virus Infections 45-55 at 48 (Duzgunes ed., 1991) , attached hereto as Exhibit BB.

[33] De Clercq (1992). Like the RF strain, some authors have referred to HE as a dual-tropic strain of HIV. *See* Hatse et al., *Mol. Pharm.* 2001, 60:164-173, attached hereto as Exhibit CC (“The dual-tropic (R5/X4) HIV-1 HE strain was initially isolated from a patient at the University Hospital in Leuven.”) (citing Pauwels et al., *Nature* 1990, 343:470-474, attached hereto as Exhibit DD).

across cell types). Specifically, a person would understand that the ’152 patent purports to demonstrate that the compounds are active against T-tropic strains, M-tropic strains, and dual-tropic strains.

34. To the extent the in vitro activity reported in the ’152 patent proved to translate into clinical activity in people, having activity regardless of HIV strain or class would be beneficial. This is because, as discussed above, tropism was an important aspect of pathogenesis of the disease, and HIV could mutate from one strain/class to another throughout the course of the infection. Thus, having activity against only one class of HIV would be much less desirable, as resistant HIV-1 strains likely exist in many or most HIV-infected individuals.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Dated: July 8, 2014

Joseph G. Sodroski

Joseph G. Sodroski